WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
MARCIA L. MITCHELL #18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>ABM INDUSTRIES, INC. dba ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND<br><br>CV 10  4385 LHK  PVT<br><br>E-filing |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Alma Martinez who was adversely affected by such practices. As set forth in this Complaint, Plaintiff alleges that Alma Martinez was subjected to a hostile work environment harassment based on her sex during her employment with Defendant ABM Industries Inc., and retaliated against her by discharging her after she complained about the harassment.

COMPLAINT – JURY TRIAL DEMAND    1

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(l) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e-5(f)(l) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The unlawful employment practices alleged herein were and are now being committed in the State of California, in the Cities of San Francisco and Santa Clara and the Counties of San Francisco and Santa Clara, California, within the jurisdiction of the United States District Court for the Northern District of California. Venue is therefore proper in the United States District Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

3. This action is appropriate for assignment to the San Jose Division of this Court as the alleged unlawful practices were and are now being committed in Santa Clara County, which is within the jurisdiction of the San Jose Division.

## PARTIES

4. Plaintiff, the U. S Equal Employment Opportunity Commission (EEOC or Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(l) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(l) and (3).

5. Defendant ABM Industries Inc. dba ABM Janitorial Services – Northern California (ABM or Defendant) is a Delaware corporation, doing business in the State of California, in the Counties of Santa Clara and San Francisco, and has continuously had at least 15 employees.

COMPLAINT – JURY TRIAL DEMAND                    2

6. At all relevant times, Defendant ABM has continuously been an employer engaged in an industry affecting commerce, within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

## FIRST CLAIM FOR RELIEF

### Violation of Title VII: Sexual Harassment

7. More than thirty days prior to the institution of this lawsuit, Alma Martinez filed charges with the Commission alleging violations of Title VII by Defendant. The Commission has issued a Letter of Determination finding that the Alma Martinez was subjected to unlawful employment discrimination based upon her sex, female, and retaliatory discharge in violation of Title VII. Prior to instituting this lawsuit, the Commission attempted to eliminate the unlawful employment practices herein alleged and to effect voluntary compliance with Title VII through informal methods of conference, conciliation, and persuasion within the meaning of Section 706(b) of Title VII, 42 U.S.C. Sections 2000e-5(b) and 2000e-6. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Defendant has engaged in unlawful employment practices in violation of Section 703 of Title VII, 42 U.S.C §2000e-2, by subjecting Alma Martinez to a sexually harassing and hostile work environment. The sexual harassment was perpetrated by Lead Worker/Foreman beginning in June 2007 and included, but was not limited to the following: requests for sexual favors in exchange for promises of additional hours of work and/or favorable work assignments, unwelcome touching and unwanted comments about Ms. Martinez's body and appearance. Ms. Martinez complained to Defendant about the harassment, but Defendant failed to discipline the Lead Worker or otherwise take action to correct his behavior even though Defendant had received at least two prior sexual harassment complaints lodged against the same individual.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Alma Martinez of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

10. The unlawful employment practices complained of in paragraph 8 above were and are intentional.

11. The unlawful employment practices complained of in paragraph 8 above were and are being done with malice or with reckless indifference to the federally protected rights of Alma Martinez.

## SECOND CLAIM FOR RELIEF

### Violation of Title VII: Retaliation

12. Plaintiff Commission hereby incorporates the allegations of Paragraphs 1 through 8 above as though fully set forth herein.

13. Since at least June 2007, when Alma Martinez complained to Defendant that she was being subjected to sexual harassment, Defendant ABM has engaged in unlawful employment practices in violation of §704(a) of Title VII, 42 U.S.C. §2000e-3(a) by taking adverse employment actions including but not limited to removing Alma Martinez from its "on call" list and refusing to schedule her for work in retaliation for complaining about the sexual harassment outlined in paragraph 8, above.

14. The effect of the actions complained of in Paragraphs 12 and 13 above has been to deprive Alma Martinez of equal employment opportunities and otherwise adversely affect her status as an employee because of her opposition to discrimination.

15. The unlawful employment practices complained of in Paragraphs 12 and 13 above were intentional.

COMPLAINT – JURY TRIAL DEMAND                    4

16. The unlawful employment practices complained of in Paragraphs 12 and 13 above were done with malice or with reckless indifference to the federally protected rights of Alma Martinez.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination against their employees, including harassment based on sex and retaliation.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit discrimination based on sexual harassment and retaliation and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Alma Martinez by providing appropriate backpay and benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement and/or front pay and other relief to be determined at trial.

D. Order Defendant to make whole Alma Martinez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above, in amounts to be determined at trial.

E. Order Defendant to make whole Alma Martinez by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, resulting from the unlawful practices complained of above in amounts to be determined at trial.

F. Order Defendant to pay Alma Martinez punitive damages for its malicious and reckless conduct described above in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: 9/28/2010

Respectfully Submitted

P. DAVID LOPEZ,
General Counsel

JAMES LEE,
Deputy General Counsel

GWENDOLYN YOUNG REAMS,
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 "L" Street, N. W.
Washington, D.C. 20507

By: _____
WILLIAM R. TAMAYO
Regional Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office

By: _____
JONATHAN T. PECK
Supervisory Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office

By: _____
Marcia L. Mitchell
Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office