WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, 12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
E-mail: raymond.cheung@eeoc.gov

Attorneys for Plaintiff EEOC

DOUGLAS J. FARMER, SBN 139646
doug.farmer@ogletreedeakins.com
SARAH R. NICHOLS, SBN 233099
sarah.nichols@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>            Plaintiff,<br><br>       v.<br><br>ABM INDUSTRIES, INC. dba ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA<br><br>            Defendant. | Case No. CV 10-4385 LHK<br><br>**CONSENT DECREE**<br><br><br><br><br>Complaint Filed:  September 29, 2010<br>Judge:              Hon. Lucy H. Koh |

///

///

I.    INTRODUCTION

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this suit on behalf of Charging Party Alma Martinez, alleging that her employer Defendant ABM Janitorial Services – Northern California, ("ABM") subjected her to harassment and a retaliatory employment discharge due to her activities protected by Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991. Defendant ABM has denied the above allegations. The Commission and ABM now seek to resolve this action without the expenditure of additional resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the applicable law, and now approves this Consent Decree.

II.    NON-ADMISSION OF LIABILITY

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII by ABM.

III.    GENERAL PROVISIONS

1.    This Court has jurisdiction over the subject matter and the parties to this action. This Court retains jurisdiction over this Consent Decree during its term.

2.    This Consent Decree constitutes a full and final resolution of the Commission's claim against ABM in this action.

3.    This Consent Decree will become effective upon its entry by the Court.

4.    This Consent Decree is final and binding upon the parties to it, their successors and assigns.

5.    Each party shall bear its own costs and attorney's fees in this action.

IV.    GENERAL INJUNCTIVE RELIEF

6.    ABM and its current officers, agents, employees and all persons in active concert or participation with them shall comply with all requirements of Title VII with respect to providing a workplace free of harassment on the basis of sex.

7. ABM and its current officers, agents, employees and all persons in active concert or participation with them shall comply with all requirements of Title VII with respect to providing a workplace free of retaliation.

8. ABM and its current officers, agents, employees and all persons in active concert or participation with them shall not retaliate against any employee or former employee for having testified or participated in any manner in the Commission's investigation and the proceedings in this case.

V. SPECIAL INJUNCTIVE RELIEF

9. ABM has provided two-hour training sessions on Title VII to all of its management employees on January 31, February 1, February 7, and February 8, 2011. Said training included what a manager or supervisor should do when an employee complains about sexual and national origin harassment or retaliation, how to investigate such complaints, and the obligations of managers and supervisors not to retaliate against employees who make such complaints.

10. ABM shall mail to counsel for the Commission a report containing the date of the training, a list of all attendees including their job titles, and copies of all materials distributed at the training.

11. Semi-annually, for the duration of this Consent Decree, ABM shall submit copies of any complaints of sex discrimination, sex harassment or retaliation, including their resolution, to the Commission's attorney.

12. Defendant ABM shall provide Charging Party Alma Martinez with a neutral employment reference.

13. For the duration of this Consent Decree, Defendant ABM shall post a Notice, attached hereto as Exhibit A, regarding the terms of this Consent Decree in a clearly visible location at ABM's San Jose office.

VI. MONETARY RELIEF

14. Within five (5) days of the entry of this Consent Decree, ABM shall pay the sum of $15,000.00 to Alma Martinez as compensatory damages and in satisfaction of the Commission's claims against Defendant ABM as set forth in its Complaint. This sum will be paid by check

1  directly to Ms. Martinez, and will be sent to her via certified mail, at the address to be provided to
2  ABM by the Commission. A copy of said check and its transmittal letter will be sent to the
3  Commission's counsel at the San Francisco District Office.

4      15.  ABM shall cause to be issued an IRS Form 1099-misc to Alma Martinez for the
5  monetary relief paid.

6  VII.  <u>EXPIRATION OF CONSENT DECREE</u>

7      16.  This Consent Decree constitutes a full and final resolution of all the Commission's
8  claims against ABM in this action. This Consent Decree will expire two (2) years after its entry,
9  provided that ABM has substantially complied with the terms of this Consent Decree. ABM will
10 be deemed to have complied substantially if the Court has not made any findings or orders during
11 the term of the Consent Decree that ABM has failed to comply with any of the terms of this
12 Decree.

13 **E-filing Certification:  I Raymond T. Cheung, counsel for EEOC, certify that I have**
14 **obtained the concurrence of Douglas J. Farmer and Sarah R. Nichols, counsels for Defendant**
15 **ABM Industries, Inc. dba ABM Janitorial Services – Northern California for the filing of this**
16 **Consent Decree.**

17

| On behalf of Plaintiff EEOC | On behalf of Defendant ABM Industries, Inc. |
|---|---|
| Date: June 17, 2011 | Date: June 17, 2011 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/<br>William R. Tamayo | /s/<br>Douglas J. Farmer |
| /s/<br>Jonathan T. Peck | *Attorneys for Defendant*<br>*ABM Janitorial Services – Northern California* |
| /s/<br>Raymond T. Cheung | |
| *Attorneys for Plaintiff EEOC* | |

1
2
3
4
5
...
28

**ORDER**

It is so ordered.

Dated:   June 28, 2011

*Lucy H. Koh*
_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

## **NOTICE TO EMPLOYEES**:

This Notice has been posted pursuant to the settlement of a Title VII law suit involving allegations of sexual and national origin harassment and retaliation: *EEOC v. ABM Industries, Inc.,* Northern District of California, Case No. C-10-04385 LHK.  The settlement terms are contained in a document called a "consent decree" approved by the court.  This Notice shall remain posted until June 28, 2013  . [two years from the entry of the consent decree by the court.]

The consent decree provides that ABM Industries, Inc.  will provide anti-discrimination training to all management employees, the posting of this notice, and reporting to United States Equal Employment Opportunity Commission of any reports of discrimination.

Title VII makes it unlawful for any covered employer to discriminate against any employees because of their gender or national origin or subject them to harassment because of their gender.  Title VII also prohibits employers from retaliating against anyone who complains of discriminatory practices covered by Title VII, or who participated in the investigation of a charge or complaint of discrimination.

Any company employee who believes that he or she has been the subject of harassment or retaliation or has a similar work-related complaint, concern or problem should bring it immediately to the attention of their immediate supervisor, manager, or other management official, including the owners of this company.

The EEOC is the federal government agency responsible for enforcing national laws prohibiting employment discrimination.  Further information about the EEOC can be found on its website at:  http://www.eeoc.gov or by calling (866) 408-8075; TDD (415) 625-5610.