1  WILLIAM R. TAMAYO, SBN 084965
2  JONATHAN T. PECK, 12303 (VA)
   RAYMOND T. CHEUNG, SBN 176086
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
5  Telephone No. (415) 625-5649
   Fax No. (415) 625-5657
6  E-mail: raymond.cheung@eeoc.gov

7  Attorneys for Plaintiff EEOC

8  DOUGLAS J. FARMER, SBN 139646
   doug.farmer@ogletreedeakins.com
9  SARAH R. NICHOLS, SBN 233099
   sarah.nichols@ogletreedeakins.com
10 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
11 One Market Plaza
   San Francisco, CA  94105
12 Telephone:    415.442.4810
   Facsimile:    415.442.4870
13
   Attorneys for Defendant
14 ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Case No. CV 10-4385 LHK |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO JOINT STIPULATION** |
| v. | |
| ABM INDUSTRIES, INC. dba ABM JANITORIAL SERVICES – NORTHERN CALIFORNIA | |
| Defendant. | Complaint Filed:  September 29, 2010<br>Judge:             Hon. Lucy H. Koh |

///

///

1  Pursuant to the parties' Joint Stipulation, the Court hereby dismisses this action without prejudice.  The Court, however, retains jurisdiction to enforce the provisions of the concurrently filed Consent Decree for a two-year period.  Provided that there is compliance with the terms of this Consent Decree, this case will be dismissed with prejudice at the end of the two-year term.  The Clerk shall close the file.

**It is so ordered.**

Dated:  June 28, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE